IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01372-BNB

KENT FRENCH,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 23 2009

GREGORY C. LANGHAM
                      CLERK

## ORDER OF DISMISSAL

On June 3, 2009, Plaintiff Kent French submitted to the Court a *pro se* Prisoner Complaint. Mr. French is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Sterling, Colorado, Correctional Facility.

On June 12, 2009, Magistrate Judge Boyd N. Boland entered an order directing the Clerk of the Court to commence a civil action and instructing Mr. French to submit Page One of the Prisoner Complaint form and to provide a certified copy of his account statement for the entire six-month period immediately preceding the date he filed the instant action. Mr. French was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. French now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 22 day of July, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01372-BNB

Kent French
Prisoner No. 112709
Sterling Correctional Facility
PO Box 6000 - Unit 3 C 108
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/23/09

GREGORY C. LANGHAM, CLERK

By: _____
   Deputy Clerk